IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 12-cv- 02954-AP

Marcelle Carman,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Amy Jane Simons, Esq.
Law Offices of Amy Jane Simons LLC
10940 South Parker Rd., Suite 700
Parker, Colorado 80112
Telephone: (303) 220-1320
Fax: (303) 220-1560 fax
AmyJaneS@aol.com

For Defendant:
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:  November 29, 2012**

    **B.  Date Complaint Was Served on U.S. Attorney's Office:  August 29, 2013**

    **C.  Date Answer and Administrative Record Were Filed:  October 31, 2013**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
A mental health evaluation of Plaintiff by Lori Frey, LPC, was submitted by Plaintiff in her SSA appeal to the Appeals Council after the Denver ALJ hearing.  Plaintiff wishes that document be included in evidence if it is not already in the record.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

A mental health evaluation of Plaintiff by Lori Frey, LPC, was submitted by Plaintiff in her SSA appeal to the Appeals Council after the Denver ALJ hearing.  Plaintiff wishes that document be included in evidence if it is not already in the record.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

Plaintiff wishes to have the opening brief due after the holidays and is proposing adding 20 additional days before each of the briefs are due.  The parties agreed to the following schedule which is approximately 20 days beyond the original briefing schedule:

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief Due:** | **January 21, 2014** |
| B. | **Defendant's Response Brief Due:** | **February 20, 2014** |
| C. | **Plaintiff's Reply Brief (If Any) Due:** | **March 5, 2014** |

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

| | | |
|---|---|---|
| A. | **Plaintiff's Statement:** | Plaintiff does not request oral argument. |
| B. | **Defendant's Statement:** | Defendant does not request oral argument. |

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

     A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.    ( X )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 26th day of <u>November</u>, 20<u>13</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ *Amy Jane Simons*
Amy Jane Simons, Esq.
Law Offices of Amy Jane Simons LLC
10940 South Parker Rd., Suite 700
Parker, Colorado 80112
Telephone: (303) 220-1320
Fax: (303) 220-1560 fax
AmyJaneS@aol.com

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov