IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02954-MEH

MARCELLE MARIE CARMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of the Social Security Administration,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on July 11, 2014, incorporated herein by reference, it is

ORDERED that the decision of the ALJ that Plaintiff Marcelle Carman was not disabled is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Marcelle Marie Carman. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  14th  day of July, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Emily Seamon
                Emily Seamon, Deputy Clerk